INDEX OF EXHIBITS

| Ex. No. | DESCRIPTION |
|---------|-------------|
| A. | Pleadings from State Court |
| B. | Notice of Removal Filed in State Court |
| C. | Demand |

# "EXHIBIT A"

Person/Attorney Filing: Timothy L Moulton
Mailing Address: 6401 E. Thomas Rd. Suite 101
City, State, Zip Code: Scottsdale,, AZ 85251
Phone Number: (480)355-5000
E-Mail Address: docket@moultonlawoffice.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 010066, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF COCONINO

PURE Insurance Company
Plaintiff(s),                                            Case No.   S0300CV202000410
v.
Clawfoot Supply, LLC, DBA Signature               **SUMMONS**
Hardware
Defendant(s).

To: Clawfoot Supply, LLC, DBA Signature Hardware

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 200 N. San Francisco
    St., Flagstaff, Arizona 86001 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

AZTurboCourt.gov Form: Set #4485712

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  COCONINO

SIGNED AND SEALED this date:*August 26, 2020*

*Valerie Wyant*
Clerk of Superior Court

By:*JDUTTON*
Deputy Clerk



2

FILED
Valerie Wyant
CLERK, SUPERIOR COURT
08/26/2020 11:43AM
BY: JDUTTON
DEPUTY

Case No.: S0300CV202000410
HON.  DAN R SLAYTON

1   **THE MOULTON LAW FIRM, P.C.**
2   6401 E. Thomas Rd., Suite 101
    Scottsdale, Arizona 85251
    (480) 355-5000 FAX (480) 355-5019
3   Timothy L. Moulton; No. 010066
    tim@moultonlawoffice.com
4
    *Attorneys for Plaintiff*
5
              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
6
                  IN AND FOR THE COUNTY OF COCONINO
7
8   PURE INSURANCE COMPANY, an       **ACTION NO:**
    insurance organization domiciled in
    Florida, with primary place of business in
9   White Plains, New York,              **COMPLAINT**
10          Plaintiff,               **(Products Liability/Subrogation)**
11                                        **(Designated Tier 2)**
12  vs.
13  CLAWFOOT   SUPPLY,   LLC,   dba
    SIGNATURE HARDWARE, a Kentucky
14  limited liability company; JOHN DOES
    and JANE DOES I-V, husbands and
15  wives; BLACK PARTNERSHIPS I-V; and
    WHITE CORPORATIONS I-V,
16
17          Defendants.
18              GENERAL AND FACTUAL ALLEGATIONS
19      1.    At all times material hereto, Plaintiff PURE Insurance Company was an
20  insurance organization domiciled in Florida with a primary place of business in White
21  Plains, New York, doing business as an insurance carrier in the State of Arizona, and
22  insured Stephen Zastrow for the home and personal property at 2221 John Hance, Flagstaff,
23  in the County of Coconino, State of Arizona.  Plaintiff PURE Insurance Company has
24  incurred or may incur, and/or paid claims, in the amount of $82,434.01 in claim number
25  AZ-002-351, caused by the fault of and the unlawful and defective nature of Defendant's
26  products or work, arising out of a water loss occurring on or about September 21, 2018, at
27  the above home. Plaintiff PURE Insurance is legally, contractually and by equity entitled to
28  subrogation rights involving these claim payments, incident and loss under Arizona law.

2.      Clawfoot Supply, LLC, dba Signature Hardware, on information and belief, is a Kentucky limited liability company, based in Newport News, Virginia, and is or was responsible for the design, sale, manufacture, distribution, and/or marketing of a bathroom faucet, part number 362798, and its component parts acquired by PURE Insurance Company's insured Stephen Zastrow and used at the home of the insured.  At all times material hereto, it designed, made, sold, distributed and/or marketed the faucet and otherwise did business in Coconino County and the State of Arizona.  It has caused events to occur in Coconino County, Arizona, which form the basis of this lawsuit.

3.      The jurisdictional minimum is satisfied and venue and jurisdiction in this Court are proper.

4.      On information and belief, sometime before September 21, 2018, the Defendant designed, made, built, sold, advertised, distributed, and/or marketed the above described product(s),  and its component parts, which were unlawfully, negligently and/or defectively sold, marketed, designed, advertised, distributed, and/or made, and the product(s) and/or work of the defendants failed, without fault of the Plaintiff or its insured, causing a water loss to the home and personal property, causing Plaintiff to suffer damages and loss as outlined above.

5.      Investigation and inspection of the property by Plaintiff and its experts indicate that the product(s) and/or work of the defendants may have been unlawfully, negligently and/or defectively designed, advertised, marketed, distributed, made and/or sold and the cause of the damage and injury.

6.      Pursuant to Rule 26.2(c)(3), Arizona Rules of Civil Procedure, this case should be assigned to Tier 2.

COUNT I (Strict Liability)

7.      Plaintiff hereby incorporates by reference all other paragraphs of this Complaint as if fully set forth here and further allege as follows.

8.      Defendant was and is engaging in the business of designing, manufacturing, producing, testing, inspecting, marketing and selling the product(s). The product(s) were

2

1  expected to and did reach consumers in Arizona without substantial change in the
2  condition in which they were sold.

3      9.      The product(s) were in a defective condition, and unreasonably dangerous to
4  users, when they left Defendant's possession or control.

5      10.     Arizona consumers used the product(s) in a manner and for a purpose which
6  was and is foreseeable by Defendant.

7      11.     Defendant failed and continues to fail to provide consumers, either directly or
8  indirectly, with adequate or sufficient warnings regarding the known or foreseeable risks
9  and dangers inherent to the product(s).

10     12.     As a direct and proximate result of the defective condition of the product(s),
11 Plaintiff has been damaged.

12

13                          COUNT II (Negligence)

14     13.     Plaintiff hereby incorporates by reference all other paragraphs of this
15 Complaint as if fully set forth here and further alleges as follows.

16     14.     Defendant failed to exercise reasonable care with respect to the design,
17 development, advertising, manufacture, production, testing, inspection, marketing and sale
18 of the product(s) and/or work of the Defendant.

19     15.     As a direct and proximate result of Defendant's negligence, Plaintiff has been
20 damaged.

21                  COUNT III (Breach of Express Warranties)

22     16.     Plaintiff hereby incorporates by reference all other paragraphs of this
23 Complaint as if fully set forth here and further alleges as follows.

24     17.     Defendant has breached express warranties to consumers in that the
25 product(s) do not perform as expressly represented by Defendant.

26     18.     As a result of Defendant's breach of express warranties, Plaintiff has been
27 damaged.

28

3

## COUNT IV (Breach of Implied Warranties)

19.    Plaintiff hereby incorporates by reference all other paragraphs of this Complaint as if fully set forth here and further alleges as follows.

20.    Defendant has breached the implied warranty of merchantability in that the product(s) are defective and not fit for the ordinary purposes for which they are sold, distributed and advertised.

21.    Defendant has breached the implied warranty of fitness for a particular purpose in that the product(s) are defective and not fit for the purposes for which they are sold, distributed and advertised.  Defendant was aware of the particular purposes for which the product(s) were intended and Arizona consumers relied and continue to rely upon Defendant's skill and judgment in deciding to purchase the products described herein.

22.    As a result of Defendant's breach of implied warranties, Plaintiff has been damaged.

WHEREFORE, Plaintiff prays for the following:

1.    Compensatory damages in an amount to be determined at trial;

2.    Special damages in an amount to be determined at trial;

3.    Interest on all special, known, and liquidated damage claims;

3.    Fees and costs;

4.    All other relief the Court deems just and proper.


DATED this 26th day of August, 2020.

THE MOULTON LAW FIRM, P.C.


By: /s/ Timothy L. Moulton
        Timothy L. Moulton
        6401 E. Thomas Rd., Suite 101
        Scottsdale, Arizona 85251
        Attorneys for Plaintiff

4

FILED
Valerie Wyant
CLERK, SUPERIOR COURT
08/26/2020 11:43AM
BY: JDUTTON
DEPUTY

Case No.: S0300CV202000410
HON. DAN R SLAYTON

Person/Attorney Filing: Timothy L Moulton
Mailing Address: 6401 E. Thomas Rd. Suite 101
City, State, Zip Code: Scottsdale,, AZ 85251
Phone Number: (480)355-5000
E-Mail Address: docket@moultonlawoffice.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 010066, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF COCONINO

PURE Insurance Company
Plaintiff(s),

v.

Clawfoot Supply, LLC, DBA Signature
Hardware
Defendant(s).

Case No.

## CERTIFICATE OF COMPULSORY ARBITRATION

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Coconino County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Timothy L Moulton /s/
Plaintiff/Attorney for Plaintiff

FILED
Valerie Wyant
CLERK, SUPERIOR COURT
08/26/2020 11:43AM
BY: JDUTTON
DEPUTY

Case No.: S0300CV202000418
HON.  DAN R SLAYTON

**THE MOULTON LAW FIRM, P.C.**
6401 E. Thomas Rd., Suite 101
Scottsdale, Arizona 85251
(480) 355-5000 FAX (480) 355-5019
Timothy L. Moulton, No. 010066
tim@moultonlawoffice.com

*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF COCONINO

| | |
|---|---|
| PURE INSURANCE COMPANY, an insurance organization domiciled in Florida, with primary place of business in White Plains, New York,<br><br>Plaintiff,<br><br>vs.<br><br>CLAWFOOT SUPPLY, LLC, dba SIGNATURE HARDWARE, a Kentucky limited liability company; JOHN DOES and JANE DOES I-V, husbands and wives; BLACK PARTNERSHIPS I-V; and WHITE CORPORATIONS I-V,<br><br>Defendants. | ACTION NO:<br><br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, by and through counsel undersigned, pursuant to Rule 38, Arizona Rules of Civil Procedure, hereby demands a trial by jury in the event this matter is not set for compulsory arbitration or an appeal is taken from arbitration.

DATED this 26th day of August, 2020.

**THE MOULTON LAW FIRM, P.C.**


By: */s/ Timothy L. Moulton*
        Timothy L. Moulton
        6401 E. Thomas Rd., Suite 101
        Scottsdale, Arizona 85251
        *Attorneys for Plaintiff*



**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

Clawfoot Supply, LLC                                        09/08/2020
Naomh Hudson
Ferguson Enterprises, LLC
12500 Jefferson Avenue
Newport News VA 23602

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s).  **ALL information should be verified by you.**

Item: 2020-629

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| 1. | **Entity Served:** | Clawfoot Supply, LLC | |
|---|---|---|---|
| 2. | **Title of Action:** | PURE Insurance Company vs. Clawfoot Supply, LLC DBA Signature Hardware | |
| 3. | **Document(s) Served:** | Summons<br>Complaint<br>Certificate of Compulsory Arbitration<br>Demand for Jury Trial | |
| 4. | **Court/Agency:** | Coconino County Superior Court | |
| 5. | **State Served:** | Kentucky | |
| 6. | **Case Number:** | S0300CV202000410 | |
| 7. | **Case Type:** | Product Liability | |
| 8. | **Method of Service:** | Hand Delivered | |
| 9. | **Date Received:** | Friday 09/04/2020 | |
| 10. | **Date to Client:** | Tuesday 09/08/2020 | |
| 11. | **# Days When Answer Due:<br>Answer Due Date:** | 20<br>Thursday 09/24/2020 | CAUTION: Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:**<br>(Name, City, State, and Phone Number) | The Moulton Law Firm, P.C.<br>Scottdale, AZ<br>480-355-5000 | |
| 13. | **Shipped To Client By:** | Email Only with PDF Link | |
| 14. | **Tracking Number:** | | |
| 15. | **Handled By:** | 181 | |
| 16. | **Notes:** | None. | |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information.  At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process.  To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

# "EXHIBIT B"

1   Alexander R. LaCroix, Bar #030166
    JONES, SKELTON & HOCHULI, P.L.C.
2   40 North Central Avenue, Suite 2700
    Phoenix, Arizona  85004
3   Telephone:  (602) 263-7302
    Fax:  (602) 200-7856
4   alacroix@jshfirm.com
    minuteentries@jshfirm.com
5
    Attorneys for Defendant Clawfoot Supply,
6   LLC, dba Signature Hardware

7

8           **SUPERIOR COURT OF THE STATE OF ARIZONA**

9                  **COUNTY OF COCONINO**

10  PURE INSURANCE COMPANY, an     |  NO. S0300CV202000410
    insurance organization domiciled in Florida,
11  with primary place of business in White Plains,  **NOTICE OF REMOVAL TO THE**
    New York,                      **UNITED STATES DISTRICT COURT**
12                       **FOR THE DISTRICT OF ARIZONA**
                      Plaintiff,
13                        (Assigned to the Honorable Dan R. Slayton)
       v.
14  CLAWFOOT SUPPLY, LLC, dba
    SIGNATURE HARDWARE, a Kentucky
15  limited liability company; JOHN DOES and
    JANE DOES I-V, husbands and wives;
16  BLACK PARTNERSHIPS I-V; and WHITE
    CORPORATIONS I-V,
17
                      Defendants.
18

19

20         Defendant Clawfoot Supply, LLC, dba Signature Hardware, by and through

21  undersigned counsel, pursuant to 28 U.S.C. §§§ 1332, 1441, and 1446, notifies this Court that

22  Defendant filed a Notice of Removal of this action to the United States District Court for the

23  District of Arizona.  A copy of the Notice of Removal (exclusive of exhibits) is attached as

    **Exhibit A**.
24

25

8797971.1

1    DATED this 2nd day of October 2020.

2                                 JONES, SKELTON & HOCHULI, P.L.C.

3

4                                 By  /s/ Alexander R. LaCroix
                                      Alexander R. LaCroix
5                                     40 North Central Avenue, Suite 2700
                                      Phoenix, Arizona  85004
6                                     Attorneys for Defendant Clawfoot Supply, LLC,
                                      dba Signature Hardware
7

8    ORIGINAL of the foregoing electronically filed
     this 2nd day of October 2020.
9
     COPY of the foregoing mailed/e-mailed
10   this 2nd day of October 2020, to:

11   Timothy L. Moulton
     The Moulton law Firm, P.C.
12   6401 E. Thomas Rd., Ste. 102
     Scottsdale, Arizona 85251
13   tim@moultonlawoffice.com
     docket@moultonlawoffice.com
14   Attorney for Plaintiff

15

16   /s/ Gail Hardin

17

18

19

20

21

22

23

24

25

26

# EXHIBIT C

# THE MOULTON LAW FIRM, P.C.

Timothy Lee Moulton, Esq.*                                        Kathleen M. Kassmann, Esq.*

Carolyn N. Allen, Esq.

*Certified Specialist • Personal Injury & Wrongful Death
Arizona Board of Legal Specialization

June 2, 2020

*Via U.S. Mail and Facsimile: 859-431-4012*

Signature Hardware
2700 Crescent Springs Pike
Erlanger, KY 41047

> Re:     Claim No.            AZ-002-351
>         DOL:                 09/21/2018
>         Loss Amount:         $82,434.01 (no deductible taken)
>         Insured:             Stephen Zastrow
>         Loss Location:       2221 John Hance, Flagstaff, Arizona
>         Product maker:       Signature Hardware (bathroom faucet,
>                              part # 362798)

## TIME LIMIT DEMAND

To Whom It May Concern:

I have been retained by PURE Insurance to investigate and pursue a subrogation action in the above matter.

Stephen Zastrow's home was flooded on September 21, 2018 by water from the failure of an "Oil Rubbed Bronze Exira Widespread Bathroom Faucet," part number 362798, sold and/or manufactured by Signature Hardware. Investigation conducted by PURE Insurance and their expert revealed the brass faucet valve inlet construction failed due to improper alloy constituents that is a manufacturing defect.

Attached is an expert report from ProNet Group, Inc., outlining their findings and opinions. As you can see, they concluded the faucet failed due to a manufacturing defect. The faucet was only approximately 3 years old, and did not exhibit any indications of faulty installation or misuse.

PURE Insurance incurred damages totaling $82,434.01:

> $60,998.10    Structure
> $ 8,569.80    EMS/Mitigation
> $12,866.11    Carpet

I have attached documentation supporting payments made by PURE Insurance. Based upon the attached documents, demand is made for settlement for the full damages paid for by PURE Insurance in the amount of $82,434.01.

If you have any questions, please feel free to contact me. If we cannot resolve this matter in the next 15 days, I will recommend we file suit and proceed with litigation. I look forward to hearing from you.

Best Regards,

/s/ *Timothy L. Moulton*

Timothy L. Moulton

Attachments
cc:     Pam Mayrose